# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> LISA HAAGSMA, et al., <br><br> Defendants. | Case No.: 1:13-cv-00520 LJO JLT <br><br> ORDER CONTINUING SCHEDULING CONFERENCE |

On April 10, 2012, Plaintiffs filed the instant action. (Doc. 2) The next day, the Court issued its order setting the mandatory scheduling conference to occur on July 25, 2012. (Doc. 7) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 7 at 1-2, emphasis added) Despite this warning, Plaintiffs have not filed proof of service of the summons and complaint nor have Defendants appeared.

///

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on July 25, 2013, is continued to September 17, 2013 at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

2. **Plaintiffs are reminded of their service obligations under Fed. R. Civ. P. 4. Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated: **July 8, 2013**                         **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE