Daniel K. Klingenberger        #131134
Mark D. Kruthers               #179750
Micah K. Nilsson               #250919
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
E-mail: dklingenberger@dowlingaaron.com
        mkruthers@dowlingaaron.com
        nnilsson@dowlingaaron.com

Attorneys for Defendants LISA HAAGSMA, individually and as a partner in Haagsma & Pinheiro Dairy, a general partnership; DAVID HAAGSMA, individually and as a partner in Haagsma & Pinheiro Dairy, a general partnership; and BETTY PINHEIRO, individually, as trustee of the PINHEIRO FAMILY LIVING TRUST (a partner in Haagsma & Pinheiro Dairy, a general partnership), and, if and where appropriate, as successor-in-interest for JACK PINHEIRO - deceased

Stanley S. Mallison, Esq.      #184191
Hector R. Martinez, Esq.       #206336
Marco A. Palau, Esq.           #242340
Joseph D. Sutton, Esq.         #269951
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
E-mail: StanM@TheMMLawFirm.com
        HectorM@TheMMLawFirm.com
        MPalau@TheMMLawFirm.com
        JSutton@TheMMLawFirm.com

Attorneys for Plaintiff RAMIRO RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>LISA HAAGSMA, DAVID HAASGMA, PINHEIRO FAMILY LIVING TRUST, BETTY PINHEIRO and JACK PINHEIRO (dba as "Haagsma & Pinheiro Dairy"),<br><br>Defendants.. | Case No. 1:13-cv-00520-LJO-JLT<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION**

**THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:**

1. The matter has been fully settled and the parties have executed a written settlement agreement. The agreement calls for this case to be dismissed with prejudice.

2. The parties stipulate that this matter be dismissed with prejudice.

3. The parties request that the Court retain jurisdiction to enforce the settlement agreement.

**IT IS SO STIPULATED**

DATED:    Oct. 1    , 2014

                        MALLISON & MARTINEZ

By:   /s/ Stan S. Mallison
      STAN S. MALLISON
      HECTOR R. MARTINEZ
      MARCO A. PALAU
      JOSEPH D. SUTTON

Attorneys for Plaintiff,
RAMIRO RAMIREZ

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  DATED: ____Oct. 1____, 2014    DOWLING AARON INCORPORATED

3                                  By: /s/ Mark D. Kruthers
                                       DANIEL K. KLINGENBERGER
4                                      MARK D. KRUTHERS
                                       MICAH K. NILSSON

6  Attorneys for Defendants,
   LISA HAAGSMA, individually and as a partner in
   Haagsma & Pinheiro Dairy, a general partnership;
7  DAVID HAASGMA, individually and as a partner in
   Haagsma & Pinheiro Dairy, a general partnership; and
8  BETTY PINHEIRO, individually, as trustee of the
   PINHEIRO FAMILY LIVING TRUST (a partner in
9  Haagsma & Pinheiro Dairy, a general partnership), and,
   if and where appropriate, as successor-in-interest for
10 JACK PINHEIRO – deceased

## ORDER

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of the settlement agreement. The Court hereby directs the clerk to close the file in the above-captioned action. This Order is without waiving the ability of any party to move to enforce any provision of the settlement agreement by way of separate legal proceedings if a breach of the agreement is alleged.

**SO ORDERED**
**Dated: October 1, 2014**

                    **/s/ Lawrence J. O'Neill**
                    **United States District Judge**